1 BONNIE CHAVEZ (S.B.N. 198124)
bchavez@sag.org
2 COUNSEL
SCREEN ACTORS GUILD, INC.
3 5757 Wilshire Blvd., 8th Floor
Los Angeles, CA 90036-3600
4 Telephone: (323) 549-6623
Facsimile: (323) 549-6624
5
Attorney for Petitioner
6 Screen Actors Guild, Inc.

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

                              CV08-8500-GW(SSx)

10

11 | SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,  | Case No.:
12 |  | [PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD
13 | Petitioner,  |
14 | v.  |
15 | VAUXHALL ENTERTAINMENT, INC., and MOTION FILM THIRTEEN ASSOCIATES, LP,  |
16 | Respondents.  | DATE:
17 |  | TIME:
   |  | COURTROOM:
18 |  | JUDGE:

19

20 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

21     The regularly noticed Motion for Order Confirming Arbitration Award and

22 for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild,

23 Inc. ("SAG") was considered by the Court on the pleadings and without formal

24 hearing, pursuant to Local Rule 7-15. Having considered the pleadings and

25 arguments submitted by the parties:

26

27     IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment

28 be entered in this proceeding as follows:

[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD

- 1 -

1. The partial final arbitration awards in SAG Case No. 2002-0037, dated August 7, 2003 and December 30, 2004, and executed by Arbitrator Sara Adler are confirmed in all respects.

2. PRODUCER is ordered to pay as follows:

    (a) To SAG on behalf of affected performers, the sum of $144,572.17;

    (b) To SAG as and for SAG's attorney's fees incurred in this action, the sum of $2,400.00; and

    (c) To SAG as and for SAG's costs incurred in this action, the sum of $600.00.

3. SAG is hereby granted an irrevocable assignment of any monies received or to be received by Respondent from the worldwide exploitation, distribution, exhibition, or other use of the theatrical picture known as "Soul of the Avenger" aka "For Life or Death".

Dated: *April 7, 2009*

                                                                         Judge of the
                                                                         U.S. District Court